### Mack STEPHENSON v. STATE.
#### 8 Div. 605.

Court of Appeals of Alabama.
May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

185 So. 926

### Elzie STEWART v. STATE.
#### 6 Div. 354.

Court of Appeals of Alabama.
Dec. 13, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

177 So. 926

### Lon STEWART v. STATE.
#### 6 Div. 158.

Court of Appeals of Alabama.
Dec. 14, 1937.

BRICKEN, Presiding Judge.
Affirmed.

188 So. 926

### Jim STOGNER v. STATE.
#### 8 Div. 800.

Court of Appeals of Alabama.
April 4, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

178 So. 926

### Earl STREETMAN v. STATE.
#### 8 Div. 524.

Court of Appeals of Alabama.
Feb. 1, 1938.

SAMFORD, Judge.
Appeal dismissed.

184 So. 921

### Dolphus STRICKLAND v. STATE.
#### 6 Div. 339.

Court of Appeals of Alabama.
Nov. 1, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.